Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HALE, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> BARCLAYS BANK DELAWARE, <br><br> Defendant. | Case No. 2:15-cv-05659-JFW-AJW <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter without prejudice.  Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

   RESPECTFULLY SUBMITTED this 27th day of July, 2015.
      By: <u>s/Todd M. Friedman</u>
         Todd M. Friedman, Esq.
         Law Offices of Todd M. Friedman, P.C.
         Attorney for Plaintiff

Filed electronically on this 27th day of July, 2015, with:

United States District Court CM/ECF system

Notification sent on this 27th day of July, 2015, via the ECF system to:

Honorable John F. Walter
United States District Court
Central District of California

This 27th day of July, 2015.
By: /s/Todd M. Friedman
    Todd M. Friedman